1 | BRIAN J. STRETCH (CABN 163973)
United States Attorney

2

3 | BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

4 | MATTHEW A. PARRELLA (NYSBN 2040855)
SUSAN KNIGHT (CABN 209013)

5 | Assistant United States Attorney

6 |     150 Almaden Boulevard, Suite 900
San Jose, California 95113

7 |     Telephone: (408) 535-5061
FAX: (408) 535-5066

8 |     E-Mail: Matthew.Parrella@usdoj.gov
           Susan.Knight@usdoj.gov

9

10 | Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | NO. CR 15-00264 LHK |
|---|---|---|
|     Plaintiff, | ) | NOTICE OF DISMISSAL |
|     v. | ) | |
| CAMILO RAMIREZ, | ) | |
|     Defendant. | ) | |

      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above Superseding Information with prejudice. On November 1, 2016, the defendant was placed on pretrial diversion for a six-month period. Pretrial Services Officer Aldo Lopez from the Southern District of California has informed undersigned counsel that he supports terminating the defendant's diversion because he has complied with all of the terms of the program.

//

//

//

NOTICE OF DISMISSAL

In addition, Pretrial Services Officer LaDreena Walton supports early termination because the defendant has complied with all of the terms of his pretrial supervision, which commenced in June 2015.

DATED: 2/9/17

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

MATTHEW A. PARRELLA
Chief, CHIP Unit

## [PROPOSED] ORDER

Leave is granted to the government to dismiss the Superseding Information in *United States v. Camilo Ramirez*, CR 15-00264 LHK.

DATED: 2/9/2017

HONORABLE LUCY H. KOH
United States District Judge

NOTICE OF DISMISSAL